IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MYRON RODERICK NUNN,
          Plaintiff,
          v.                                         **Judgment in a Civil Case**
NORA D. HUNT; JOSEPH B. HALL;
CAPTAIN RAEFORD MITCHELL;
CAPTAIN MELISA EVANS,
          Defendants.                           Case Number: 5:11-CT-3211-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous and any claim arising at Columbus is dismissed without prejudice for failure to exhaust administrative remedies.

This Judgment Filed and Entered on August 22, 2012, with service on:
Myron Roderick Nunn  0304517, Hyde Correctional Center, P.O. Box 278, Swan Quarter, NC 27885 (via U.S. Mail)

August 22, 2012                                                /s/ Julie A. Richards
                                                                 Clerk